United States District Court
for the
Southern District of Florida

| | |
|---|---|
| John McMahon, Individually and on Behalf of All Others Similarly Situated, Plaintiff, <br><br> v. <br><br> Lakeview Loan Servicing, LLC, Defendant. | ) ) ) ) ) Civil Action No. 22-20978-Civ-Scola ) ) ) ) ) |

## Order Transferring Case

This civil action involves facts and issues that are substantially similar to an earlier-filed action pending before Judge Darrin P. Gayles (Case No. 22-20955-Civ-Gayles). In keeping with Internal Operating Procedure 2.15.00 of this Court, the judges involved have determined that this action should be transferred to the judge to whom the earlier-filed action is assigned. Subject to Judge Gayles's consent, the Court directs the Clerk to **transfer** this case to Judge Darrin P. Gayles, consistent with Internal Operating Procedure 2.15.00.

**Done and ordered** in Miami, Florida, on April 29, 2022.

_____
Robert N. Scola, Jr.
United States District Judge

After reviewing this matter, I accept the transfer of this action and order that all future filings in this action bear the case number 22-20978-Civ-Gayles, indicating the judge to whom all filings should be routed or otherwise brought for attention.

**This transfer is accepted** on April 29, 2022.

_____
Darrin P. Gayles
United States District Judge